**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1556**

———————

MARK J. ADAMS,

Plaintiff - Appellant,

versus

MAYOR AND CITY COUNCIL OF BALTIMORE, a
municipal corporation; PAUL GRAZIANO, in his
capacity as Executive Director of the Housing
Authority for Baltimore City,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge.  (CA-02-
1608-MJG)

———————

Submitted:  October 10, 2002          Decided:  October 16, 2002

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mark J. Adams, Appellant Pro Se.  William Fitts Ryan, Jr.,
WHITEFORD, TAYLOR & PRESTON, Baltimore, Maryland; Thurman Wilbert
Zollicoffer, Jr., City Solicitor, Baltimore, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mark J. Adams appeals the district court's order granting the Defendants' motion to dismiss his civil action based on lack of standing. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Adams v. Mayor of Baltimore</u>, No. CA-02-1608-MJG (D. Md. filed May 23, 2002 & entered May 24, 2002). We deny the Appellees' motion for summary disposition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2